70 F.3d 1256
 150 L.R.R.M. (BNA) 3022
 National Labor Relations Board
v.
Local 373, International Association of Bridge, Structural
and Ornamental Iron Workers, AFL-CIO; Philip Connell, Henry
Arminas, Paul Bongard, Jr., Frank Castellano, Jeffrey
Coleridge, William Crawford, Julia Dolinich, Estate of Frank
O'Neill, Arthur Smith, Charles Thom, Joseph Thom, Vincent
Makemull, Michael Degeorge, Leon Adler, Charles Nelson v.
National Labor Relations Board, International Associates of
Bridge, Structural
 NOS. 95-3084, 95-3098
 United States Court of Appeals,
Third Circuit.
 Oct 30, 1995
 
 1
 Appeal From: N.L.R.B., No. 22-CB-3024, 22-CB-3362, 22-CB-3367, 22-CB-3371
 
 
 2
 ORDER ENFORCED; REVIEW DENIED.